## LANE *v.* UNITED STATES.

APPEAL FROM THE COURT OF CLAIMS.

No. 176. Argued December 9 and 10, 1874. — Decided January 18, 1875.

*Haycraft* v. *United States*, 22 Wall. 81, followed.

Mr. Chief Justice Waite delivered the opinion of the court.

This action, like that of *Haycraft* v. *United States*, in which the opinion has just been read (22 Wall. 81), was commenced in the Court of Claims, after the expiration of two years from the close of the rebellion, to recover the proceeds of the sale of cotton taken under the authority of the captured and abandoned act. The judgment of the Court of Claims is affirmed for the reasons assigned in that opinion.

*Mr. T. W. Bariley* and *Mr. S. E. Jenner* for appellants.

*Mr. Attorney General* for appellee.